IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOYCE JOPLIN,

        Petitioner,

v.

STATE OF ILLINOIS,

        Respondent.

Case No. 25-CV-01330-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of July 30, 2025 (Doc. 5), this matter is **DISMISSED without prejudice**.

**DATED: July 30, 2025**

                MONICA A. STUMP,
                Clerk of Court


                By: *s/ Jackie Muckensturm*
                      Deputy Clerk


APPROVED: *s/ Stephen P. Mc*Glynn
           STEPHEN P. MCGLYNN
           U.S. District Judge